IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Blackmon Sr, Joseph D | Case Number: 07 B 02380 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/10/08 | Filed: 2/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 24, 2008
Confirmed: April 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,843.50 | |
| Secured: | | 4,277.92 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 304.00 |
| Trustee Fee: | | 261.58 |
| Other Funds: | | 0.00 |
| Totals: | 4,843.50 | 4,843.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 304.00 | 304.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 6. | Americredit Financial Ser Inc | Secured | 3,978.78 | 847.00 |
| 7. | Chase Manhattan Mortgage Corp | Secured | 19,723.21 | 3,430.92 |
| 8. | Capital One | Unsecured | 1,964.56 | 0.00 |
| 9. | Capital One | Unsecured | 428.01 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 1,030.44 | 0.00 |
| 11. | Capital One | Unsecured | 499.30 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 564.55 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 827.81 | 0.00 |
| 14. | Americredit Financial Ser Inc | Unsecured | 15,214.56 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 3,652.39 | 0.00 |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | GMAC Mortgage Corporation | Unsecured | | No Claim Filed |
| | | | $ 48,187.61 | $ 4,581.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 261.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Blackmon Sr, Joseph D

Printed:  6/10/08

Case Number:  07 B 02380
Judge:  Wedoff, Eugene R
Filed:  2/12/07

_____
$ 261.58

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

